UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO: 23-30862-KKS
CHAPTER 13

RUSSELL PAUL GREEN
CYNTHIA ANN GREEN

_____Debtor(s)_____ /

**CHAPTER 13 TRUSTEE'S RESPONSE TO *MOTION FOR ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY* (ECF NO. 39)**

**COMES NOW**, Leigh A. Duncan, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Response to *Motion for Order Confirming Termination of the Automatic Stay* ("Motion", ECF NO. 39), and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on December 06, 2023.

2. The Plan provides that the Debtor(s) shall pay the claim of Hyundai Capital America direct outside the Plan.

3. The Debtor(s) are delinquent. The Debtor(s)' receipts are attached hereto for the for the Court's information and review.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850)681-2734 "Telephone"
(850)681-3920 "Facsimile"

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

RUSSELL PAUL GREEN
7384 SHELBY LANE
PENSACOLA, FL 32526

CYNTHIA ANN GREEN
7384 SHELBY LANE
PENSACOLA, FL 32526

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE

# RECEIPT HISTORY
## CASE NO. 23-30862-KKS
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | | AMOUNT |
|---|---|---|
| Dec 18, 2023 | M.O. | $254.00 |
| Jan 02, 2024 | M.O. | $254.00 |
| Jan 12, 2024 | M.O. | $251.00 |
| Jan 26, 2024 | M.O. | $254.00 |
| Feb 08, 2024 | M.O. | $254.00 |
| Feb 20, 2024 | EMPC | $254.00 |
| Feb 27, 2024 | EMPC | $254.00 |
| Mar 05, 2024 | EMPC | $254.00 |
| Mar 11, 2024 | EMPC | $254.00 |
| Mar 19, 2024 | EMPC | $254.00 |
| Mar 26, 2024 | EMPC | $254.00 |
| Apr 02, 2024 | EMPC | $254.00 |
| Apr 09, 2024 | EMPC | $254.00 |
| Apr 15, 2024 | EMPC | $254.00 |
| Apr 30, 2024 | EMPC | $254.00 |
| May 07, 2024 | EMPC | $254.00 |
| May 15, 2024 | EMPC | $254.00 |
| May 16, 2024 | EMPC | $254.00 |
| May 21, 2024 | EMPC | $254.00 |
| May 29, 2024 | EMPC | $254.00 |
| Jun 04, 2024 | EMPC | $254.00 |
| Jun 10, 2024 | EMPC | $254.00 |
| Jun 18, 2024 | EMPC | $254.00 |
| Jun 24, 2024 | EMPC | $254.00 |
| | **TOTAL AMOUNT PAID:** | **6,093.00** |